ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JASON M. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 5:12-cv-00026-AGR<br><br>JUDGMENT |

1   Having approved the parties' joint stipulation, **THE COURT ORDERS,**
2   **ADJUDGES, AND DECREES** that this case be remanded to the Social Security
3   Administration for further proceedings consistent with the parties' joint stipulation.

5   Date: January 3, 2013                    _____
6                                            HON. ALICIA G. ROSENBERG